**GRIFFIN & ASSOCIATES**
**LAWYERS**
125 South Congress Street, Suite 1515
Post Office Box 968
Jackson, Mississippi 39205
Telephone (601) 354-0603
Facsimile (601) 354-0604
www.griffinlawyers.com

# Fax

**To:** Chief, Voting Section

Civil Rights Division

**From:** Charles Griffin, Esq.

**Fax:** 202-307-2569

**Pages:** 13 including cover sheet

**Date:** April 6, 2009

**Re:** Submission Under Section 5, Voting Rights Act, of Municipal Democratic Executive Committee of Leland, Mississippi

*The information contained in this facsimile message is protected by the attorney-client and/or the attorney work product privilege. It is intended for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.*

GRIFFIN & ASSOCIATES
LAWYERS
125 South Congress Street, Suite 1515
Post Office Box 968
Jackson, MS 39205
Telephone (601) 354-0603
Facsimile (601) 354-0604
ceg@griffinlawyers.com

April 6, 2009

Via Facsimile to 202-307-2569 &
U.S. Mail

Chief, Voting Section
Civil Rights Division
Room 7254 - NWB
Department of Justice
1800 G St., N.W.
Washington, DC 20006

Re: ***Submission under Section 5, Voting Rights Act, of Municipal Democratic Executive Committee of Leland, Mississippi***

Dear Voting Section Chief:

In accordance with Section 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. §§ 1973 *et seq.*, the Municipal Democratic Executive Committee of Leland, Mississippi (the "Democratic Executive Committee") hereby submits for preclearance the changes in voting procedures ("Changes"), which were approved by the Municipal Democratic Executive Committee of Leland, Mississippi on April 6, 2009. This submission contains the information required by 28 C.F.R. § 51.27.

**1. 28 C.F.R. § 51.27(a)-(b): Approval of the Changes**

A copy of the Rule Regarding Qualification of Candidates passed by the Municipal Democratic Executive Committee of Leland, Mississippi is attached to this submission. Additionally, a copy of the minutes from the Municipal Democratic Executive Committee of Leland, Mississippi meeting at which the Rule Regarding Qualification of Candidates was approved is also attached.

2. **28 C.F.R. § 51.27(c): Changes Affecting Voting**

The Democratic Executive Committee of Leland, Mississippi'selection-related changes are as follows:

> The rule changes the qualification process for candidates for nomination as a Democratic Party candidate in a municipal primary election in Leland, Mississippi. The rule provides that any candidate who serves as a member of a committee of a political party, other than the Democratic Party, within the twelve month period immediately preceding municipal elections may not qualify for nomination as a candidate of the Democratic Party in municipal elections in Leland, Mississippi.
>
> No such prohibition existed prior to the adoption of this rule.

3. **28 C.F.R. § 51.27(d)-(e): Submitting Authority**

The submitting authority is the attorney for the Democratic Executive Committee of Leland, Mississippi and he may be reached at Griffin & Associates, P.O. Box 968, Jackson, MS 39205-0968, 601-354-0603(voice), 601-354-0604 (facsimile), ceg@griffinlawyers.com (email).

4. **28 C.F.R. § 51.27(f): Location of District**

The Democratic Executive Committee of Leland, Mississippi is located in Washington County, Mississippi.

5. **28 C.F.R. § 51.27(g): Authority Responsible for Making the Changes and the Mode of the Changes**

The authority responsible for the passage of the Rule Regarding Qualification of Candidates was the Democratic Executive Committee of Leland, Mississippi. The Changes that form the basis of this submission were accomplished by a vote of the Democratic Executive Committee of Leland, Mississippi at a lawfully called Democratic Executive Committee of Leland, Mississippi meeting.

6. **28 C.F.R. § 51.27(h): Statutory Authority for the Changes**

> First and Fourteenth Amendment to the United States Constitution.

7. **28 C.F.R. § 51.27(i)-(k): Effective Date of the Changes**

The Changes were adopted by the Democratic Executive Committee of Leland, Mississippi on April 6, 2009 and will first apply to the 2009 Mississippi Municipal Primary Elections and the changes will be effective immediately. The change has been enforced on an emergency basis because James Lowe, a member of the Republican Executive Committee of Leland, Mississippi, purportedly resigned from the Republican Executive Committee on March 2, 2009 and sought qualification as a Democratic candidate for Mayor of Leland, Mississippi on March 6, 2009.

The case of *James Lowe v. Democratic Executive Committee of Leland, Mississippi* , Cause No. 4:09-CV-00035-P-S is now pending in the United States District Court for the Northern District of Mississippi, Greenville Division. The Plaintiff, Mr. Lowe, seeks injunctive relief requiring that he be qualified to run in the Democratic Primary. The Defendant Democratic Executive Committee of Leland, Mississippi objects to injunctive relief and submits that same should be denied on the basis of, *inter alia*, equitable principles and the immediate pendency of the upcoming primary election.

7. **28 C.F.R. § 51.27(l): Scope of the Changes**

The Changes affect Leland, Mississippi.

8. **28 C.F.R. § 51.27(m): Reasons for the Changes**

The Changes are being made to protect the Defendant from Republican candidates and/or independent candidates whose candidacies may be prompted by "short range political goals, pique or personal quarrel" rather than party identification with the Defendant. *Storer v. Brown*, 415 U.S. 724, 736 (1974). The changes are also being made to protect the Defendant from Republican and/or independent candidates whose goal is to capture and bleed off votes in the primary election or general election that might well go to another party or candidate. *Id.*

9. **28 C.F.R. § 51.27(n): Affect on Racial or Language Minority Groups**

The Changes will not affect members of any racial or linguistic minority differently from the way the general public is affected. The Changes do not have the intent and will not have the effect of diluting the voting strength of any racial or linguistic minority. Population data for the City of Leland, Mississippi is attached. For further information regarding the effect of the Changes on minorities, contact:

Mayor Barbara Brooks
City of Leland, Mississippi
P.O. Drawer 271

Leland, Mississippi 38756
662-686-4136

10. **28 C.F.R. § 51.27(o): Pending Litigation**

The case of *James Lowe v. Democratic Executive Committee of Leland, Mississippi* , Cause No. 4:09-CV-00035-P-S is now pending in the United States District Court for the Northern District of Mississippi, Greenville Division. The Plaintiff, Mr. Lowe, seeks injunctive relief requiring that he be qualified to run in the Democratic Primary. The Defendant Democratic Executive Committee of Leland, Mississippi objects to injunctive relief and submits that same should be denied on the basis of, *inter alia*, equitable principles and the immediate pendency of the upcoming primary election.

11. **28 C.F.R. § 51.27(p): Prior Practice Preclearance**

Section 3129 of the Mississippi Code of 1942 provided that:

No person shall be eligible to participate in any primary election unless he has been in accord with the party holding such primary within the two preceding years, and is in accord with the statement of the principles of the party holding such primary, which principles shall have been declared by the state convention of the party holding the primary, and unless he is not excluded from such primary by any regulation of the state executive committee of the party holding such primary; provided however, that nothing herein is intended or shall ever be understood as applying to elections of President or Vice-President of the United States, wherein votes may be cast entirely without regard to party lines and within any penalty for so doing.

The aforementioned section was repealed by Chapter 506, Laws of 1970. The following law was subsequently enacted:

Upon receipt of the proper fee and all necessary information, the proper executive committee shall then determine whether or not each candidate is a qualified elector, and whether any candidate has been convicted of any crime listed in Section 241, Mississippi Constitution of 1890, or is a fugitive from justice from this state or any other state, and such charge upon which a candidate has fled has not been dismissed. If the proper executive committee finds that a candidate is not a qualified elector or that such candidate has been convicted of any crime listed in Section 241, Mississippi Constitution of 1890, and not pardoned nor has served his sentence, or is a fugitive from justice as aforesaid, then the name of such candidate shall not be placed upon the ballot.

§23-15-299(6) Mississippi Code of 1972, as amended. The statutory source notes indicate that the United States Attorney General interposed no objection to the aforementioned language.

Following the adoption of the new statute, Mississippi law has not provided political parties with any means to protect their right to freedom of association pursuant to the First and Fourteenth Amendment to the United States Constitution. *See Mississippi Attorney General's opinion to Honorable Billy R. Nicholson*, 2007 WL 852249, (Miss. A.G.) January 29, 2007.

Thank you for your consideration of this preclearance submission. If you have any questions or need additional information, please contact the undersigned attorney at the telephone number and address listed above.

                Very truly yours,

                Charles E. Griffin

CG:bt

Enclosures

**Minutes of Emergency Special Meeting of The MUNICIPAL DEMOCRATIC EXECUTIVE COMMITTEE OF LELAND, MISSISSIPPI**

April 6, 2009

The meeting was called to order at 8:00 a. m. The Chairman determined that a quorum was present.

The Committee had prayer and participated in the Pledge of Allegiance. The Agenda was approved unanimously.

The Committee had discussion regarding their decision to refuse to qualify James Lowe as a Democratic Party candidate and the need to formalize a rule consistent with their determination in order to preserve the integrity of the nomination process.

The Chairman entertained a motion by Walter Mister to approve the following rule to protect the integrity of the Democratic Party nomination process and to protect the association rights of the Municipal Democratic Executive Committee of Leland, Mississippi.

> **Any individual who has served as a member of a committee of a political party, other than the Democratic Party, within the twelve month period immediately preceding municipal elections may not qualify for nomination as a candidate of the Democratic Party in municipal elections in Leland, Mississippi.**

The motion was seconded by Mary Cary.

The Chairman called for a vote on the motion and the motion passed unanimously.

The Chair then informed the Committee that the new rule should be presented to the United States District Court for interim relief in the James Lowe case and to the U.S. Justice Department for pre-clearance.

Rosie Chillis moved to authorize the Committee's attorneys to take appropriate steps to inform the United States District

Court of the actions of the Committee and to immediately submit the aforementioned Rule to the U.S. Justice Department for pre-clearance under the Voting Rights Act of 1965 and to take such further action as is necessary to enable the Committee to enforce the aforementioned rule in the James Lowe case and in future situations. The motion was seconded by Walter Mister. The motion passed unanimously.

There being no further business, the Chair adjourned the meeting.

THE AFOREMENTIONED CONSTITUTES
A TRUE AND CORRECT RECORD OF THE
APRIL 6, 2009 MINUTES OF THE MUNICIPAL DEMOCRATIC
EXECUTIVE COMMITTEE OF LELAND, MISSISSIPPI

[signature] DATE: 4/6/09
CHAIRMAN
MUNICIPAL DEMOCRATIC EXECUTIVE COMMITTEE
OF LELAND, MISSISSIPPI

**RULE REGARDING QUALIFICATION OF CANDIDATES BY THE MUNICIPAL DEMOCRATIC EXECUTIVE COMMITTEE OF LELAND, MISSISSIPPI**

Any individual who has served as a member of a committee of a political party, other than the Democratic Party, within the twelve month period immediately preceding municipal elections may not qualify for nomination as a candidate of the Democratic Party in municipal elections in Leland, Mississippi.

## Table DP-1. Profile of General Demographic Characteristics: 2000

Geographic area: Leland city, Mississippi

[For information on confidentiality protection, nonsampling error, and definitions, see text]

| Subject | Number | Percent |
|---|---|---|
| **Total population** | **5,502** | **100.0** |
| **SEX AND AGE** | | |
| Male | 2,577 | 46.8 |
| Female | 2,925 | 53.2 |
| Under 5 years | 477 | 8.7 |
| 5 to 9 years | 514 | 9.3 |
| 10 to 14 years | 450 | 8.2 |
| 15 to 19 years | 510 | 9.3 |
| 20 to 24 years | 386 | 7.0 |
| 25 to 34 years | 712 | 12.9 |
| 35 to 44 years | 736 | 13.4 |
| 45 to 54 years | 668 | 12.1 |
| 55 to 59 years | 188 | 3.4 |
| 60 to 64 years | 180 | 3.3 |
| 65 to 74 years | 356 | 6.5 |
| 75 to 84 years | 243 | 4.4 |
| 85 years and over | 82 | 1.5 |
| Median age (years) | 30.5 | (X) |
| 18 years and over | 3,746 | 68.1 |
| Male | 1,649 | 30.0 |
| Female | 2,097 | 38.1 |
| 21 years and over | 3,473 | 63.1 |
| 62 years and over | 790 | 14.4 |
| 65 years and over | 681 | 12.4 |
| Male | 235 | 4.3 |
| Female | 446 | 8.1 |
| **RACE** | | |
| One race | 5,466 | 99.3 |
| White | 1,761 | 32.0 |
| Black or African American | 3,687 | 67.0 |
| American Indian and Alaska Native | 9 | 0.2 |
| Asian | 7 | 0.1 |
| Asian Indian | - | - |
| Chinese | 7 | 0.1 |
| Filipino | - | - |
| Japanese | - | - |
| Korean | - | - |
| Vietnamese | - | - |
| Other Asian [1] | - | - |
| Native Hawaiian and Other Pacific Islander | - | - |
| Native Hawaiian | - | - |
| Guamanian or Chamorro | - | - |
| Samoan | - | - |
| Other Pacific Islander [2] | - | - |
| Some other race | 2 | - |
| Two or more races | 36 | 0.7 |
| ***Race alone or in combination with one or more other races:*** [3] | | |
| White | 1,785 | 32.4 |
| Black or African American | 3,698 | 67.2 |
| American Indian and Alaska Native | 23 | 0.4 |
| Asian | 12 | 0.2 |
| Native Hawaiian and Other Pacific Islander | 3 | 0.1 |
| Some other race | 20 | 0.4 |

| Subject | Number | Percent |
|---|---|---|
| **HISPANIC OR LATINO AND RACE** | | |
| **Total population** | **5,502** | **100.0** |
| Hispanic or Latino (of any race) | 41 | 0.7 |
| Mexican | 6 | 0.1 |
| Puerto Rican | 4 | 0.1 |
| Cuban | 5 | 0.1 |
| Other Hispanic or Latino | 26 | 0.5 |
| Not Hispanic or Latino | 5,461 | 99.3 |
| White alone | 1,743 | 31.7 |
| **RELATIONSHIP** | | |
| **Total population** | **5,502** | **100.0** |
| In households | 5,483 | 99.7 |
| Householder | 1,943 | 35.3 |
| Spouse | 756 | 13.7 |
| Child | 1,925 | 35.0 |
| Own child under 18 years | 1,354 | 24.6 |
| Other relatives | 646 | 11.7 |
| Under 18 years | 379 | 6.9 |
| Nonrelatives | 213 | 3.9 |
| Unmarried partner | 124 | 2.3 |
| In group quarters | 19 | 0.3 |
| Institutionalized population | 4 | 0.1 |
| Noninstitutionalized population | 15 | 0.3 |
| **HOUSEHOLD BY TYPE** | | |
| **Total households** | **1,943** | **100.0** |
| Family households (families) | 1,414 | 72.8 |
| With own children under 18 years | 716 | 36.9 |
| Married-couple family | 756 | 38.9 |
| With own children under 18 years | 345 | 17.8 |
| Female householder, no husband present | 538 | 27.7 |
| With own children under 18 years | 307 | 15.8 |
| Nonfamily households | 529 | 27.2 |
| Householder living alone | 471 | 24.2 |
| Householder 65 years and over | 216 | 11.1 |
| Households with individuals under 18 years | 870 | 44.8 |
| Households with individuals 65 years and over | 538 | 27.7 |
| Average household size | 2.82 | (X) |
| Average family size | 3.35 | (X) |
| **HOUSING OCCUPANCY** | | |
| **Total housing units** | **2,095** | **100.0** |
| Occupied housing units | 1,943 | 92.7 |
| Vacant housing units | 152 | 7.3 |
| For seasonal, recreational, or occasional use | 2 | 0.1 |
| Homeowner vacancy rate (percent) | 2.2 | (X) |
| Rental vacancy rate (percent) | 4.0 | (X) |
| **HOUSING TENURE** | | |
| **Occupied housing units** | **1,943** | **100.0** |
| Owner-occupied housing units | 1,174 | 60.4 |
| Renter-occupied housing units | 769 | 39.6 |
| Average household size of owner-occupied units | 2.73 | (X) |
| Average household size of renter-occupied units | 2.96 | (X) |

- Represents zero or rounds to zero. (X) Not applicable.

[1] Other Asian alone, or two or more Asian categories.

[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.

[3] In combination with one or more of the other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.

Source: U.S. Census Bureau, Census 2000.

## Table DP-2. Profile of Selected Social Characteristics: 2000

Geographic area: Leland city, Mississippi

[Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see text]

| Subject | Number | Percent |
|---|---|---|
| **SCHOOL ENROLLMENT** | | |
| **Population 3 years and over enrolled in school** | **1,814** | **100.0** |
| Nursery school, preschool | 190 | 10.5 |
| Kindergarten | 75 | 4.1 |
| Elementary school (grades 1-8) | 796 | 43.9 |
| High school (grades 9-12) | 421 | 23.2 |
| College or graduate school | 332 | 18.3 |
| **EDUCATIONAL ATTAINMENT** | | |
| **Population 25 years and over** | **3,220** | **100.0** |
| Less than 9th grade | 422 | 13.1 |
| 9th to 12th grade, no diploma | 640 | 19.9 |
| High school graduate (includes equivalency) | 830 | 25.8 |
| Some college, no degree | 473 | 14.7 |
| Associate degree | 118 | 3.7 |
| Bachelor's degree | 565 | 17.5 |
| Graduate or professional degree | 172 | 5.3 |
| Percent high school graduate or higher | 67.0 | (X) |
| Percent bachelor's degree or higher | 22.9 | (X) |
| **MARITAL STATUS** | | |
| **Population 15 years and over** | **4,048** | **100.0** |
| Never married | 1,476 | 36.5 |
| Now married, except separated | 1,706 | 42.1 |
| Separated | 173 | 4.3 |
| Widowed | 402 | 9.9 |
| Female | 359 | 8.9 |
| Divorced | 291 | 7.2 |
| Female | 151 | 3.7 |
| **GRANDPARENTS AS CAREGIVERS** | | |
| **Grandparent living in household with one or more own grandchildren under 18 years** | **212** | **100.0** |
| Grandparent responsible for grandchildren | 144 | 67.9 |
| **VETERAN STATUS** | | |
| **Civilian population 18 years and over** | **3,747** | **100.0** |
| Civilian veterans | 385 | 10.3 |
| **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | |
| **Population 5 to 20 years** | **1,574** | **100.0** |
| With a disability | 110 | 7.0 |
| **Population 21 to 64 years** | **2,749** | **100.0** |
| With a disability | 563 | 20.5 |
| Percent employed | 38.0 | (X) |
| No disability | 2,186 | 79.5 |
| Percent employed | 69.4 | (X) |
| **Population 65 years and over** | **718** | **100.0** |
| With a disability | 368 | 51.3 |
| **RESIDENCE IN 1995** | | |
| **Population 5 years and over** | **5,045** | **100.0** |
| Same house in 1995 | 3,086 | 61.2 |
| Different house in the U.S. in 1995 | 1,914 | 37.9 |
| Same county | 1,663 | 33.0 |
| Different county | 251 | 5.0 |
| Same state | 152 | 3.0 |
| Different state | 99 | 2.0 |
| Elsewhere in 1995 | 45 | 0.9 |

| Subject | Number | Percent |
|---|---|---|
| **NATIVITY AND PLACE OF BIRTH** | | |
| **Total population** | **5,471** | **100.0** |
| Native | 5,406 | 98.8 |
| Born in United States | 5,388 | 98.5 |
| State of residence | 4,750 | 86.8 |
| Different state | 638 | 11.7 |
| Born outside United States | 18 | 0.3 |
| Foreign born | 65 | 1.2 |
| Entered 1990 to March 2000 | 47 | 0.9 |
| Naturalized citizen | - | - |
| Not a citizen | 65 | 1.2 |
| **REGION OF BIRTH OF FOREIGN BORN** | | |
| **Total (excluding born at sea)** | **65** | **100.0** |
| Europe | 6 | 9.2 |
| Asia | 10 | 15.4 |
| Africa | 8 | 12.3 |
| Oceania | - | - |
| Latin America | 22 | 33.8 |
| Northern America | 19 | 29.2 |
| **LANGUAGE SPOKEN AT HOME** | | |
| **Population 5 years and over** | **5,045** | **100.0** |
| English only | 4,894 | 97.0 |
| Language other than English | 151 | 3.0 |
| Speak English less than "very well" | 12 | 0.2 |
| Spanish | 63 | 1.2 |
| Speak English less than "very well" | - | - |
| Other Indo-European languages | 70 | 1.4 |
| Speak English less than "very well" | 4 | 0.1 |
| Asian and Pacific Island languages | 10 | 0.2 |
| Speak English less than "very well" | - | - |
| **ANCESTRY (single or multiple)** | | |
| **Total population** | **5,471** | **100.0** |
| *Total ancestries reported* | *4,569* | *83.5* |
| Arab | 60 | 1.1 |
| Czech[1] | - | - |
| Danish | 10 | 0.2 |
| Dutch | 34 | 0.6 |
| English | 252 | 4.6 |
| French (except Basque)[1] | 39 | 0.7 |
| French Canadian[1] | - | - |
| German | 133 | 2.4 |
| Greek | - | - |
| Hungarian | - | - |
| Irish[1] | 236 | 4.3 |
| Italian | 94 | 1.7 |
| Lithuanian | - | - |
| Norwegian | 7 | 0.1 |
| Polish | - | - |
| Portuguese | - | - |
| Russian | - | - |
| Scotch-Irish | 127 | 2.3 |
| Scottish | 81 | 1.5 |
| Slovak | 9 | 0.2 |
| Subsaharan African | 32 | 0.6 |
| Swedish | - | - |
| Swiss | - | - |
| Ukrainian | - | - |
| United States or American | 248 | 4.5 |
| Welsh | 9 | 0.2 |
| West Indian (excluding Hispanic groups) | - | - |
| Other ancestries | 3,198 | 58.5 |

-Represents zero or rounds to zero. (X) Not applicable.

[1]The data represent a combination of two ancestries shown separately in Summary File 3. Czech includes Czechoslovakian. French includes Alsatian. French Canadian includes Acadian/Cajun. Irish includes Celtic.

Source: U.S. Bureau of the Census, Census 2000.

## Table DP-3. Profile of Selected Economic Characteristics: 2000

Geographic area: Leland city, Mississippi

[Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see text]

| Subject | Number | Percent |
|---|---|---|
| **EMPLOYMENT STATUS** | | |
| **Population 16 years and over** | **3,951** | **100.0** |
| In labor force | 2,260 | 57.2 |
| Civilian labor force | 2,260 | 57.2 |
| Employed | 1,993 | 50.4 |
| Unemployed | 267 | 6.8 |
| Percent of civilian labor force | 11.8 | (X) |
| Armed Forces | - | - |
| Not in labor force | 1,691 | 42.8 |
| **Females 16 years and over** | **2,169** | **100.0** |
| In labor force | 1,066 | 49.1 |
| Civilian labor force | 1,066 | 49.1 |
| Employed | 938 | 43.2 |
| **Own children under 6 years** | **454** | **100.0** |
| All parents in family in labor force | 277 | 61.0 |
| **COMMUTING TO WORK** | | |
| **Workers 16 years and over** | **1,938** | **100.0** |
| Car, truck, or van - - drove alone | 1,446 | 74.6 |
| Car, truck, or van - - carpooled | 400 | 20.6 |
| Public transportation (including taxicab) | 2 | 0.1 |
| Walked | 24 | 1.2 |
| Other means | 47 | 2.4 |
| Worked at home | 19 | 1.0 |
| Mean travel time to work (minutes)[1] | 15.7 | (X) |
| **Employed civilian population 16 years and over** | **1,993** | **100.0** |
| **OCCUPATION** | | |
| Management, professional, and related occupations | 563 | 28.2 |
| Service occupations | 303 | 15.2 |
| Sales and office occupations | 457 | 22.9 |
| Farming, fishing, and forestry occupations | 40 | 2.0 |
| Construction, extraction, and maintenance occupations | 199 | 10.0 |
| Production, transportation, and material moving occupations | 431 | 21.6 |
| **INDUSTRY** | | |
| Agriculture, forestry, fishing and hunting, and mining | 122 | 6.1 |
| Construction | 115 | 5.8 |
| Manufacturing | 413 | 20.7 |
| Wholesale trade | 60 | 3.0 |
| Retail trade | 202 | 10.1 |
| Transportation and warehousing, and utilities | 87 | 4.4 |
| Information | 8 | 0.4 |
| Finance, insurance, real estate, and rental and leasing | 63 | 3.2 |
| Professional, scientific, management, administrative, and waste management services | 127 | 6.4 |
| Educational, health and social services | 400 | 20.1 |
| Arts, entertainment, recreation, accommodation and food services | 172 | 8.6 |
| Other services (except public administration) | 59 | 3.0 |
| Public administration | 165 | 8.3 |
| **CLASS OF WORKER** | | |
| Private wage and salary workers | 1,361 | 68.3 |
| Government workers | 507 | 25.4 |
| Self-employed workers in own not incorporated business | 125 | 6.3 |
| Unpaid family workers | - | - |

| Subject | Number | Percent |
|---|---|---|
| **INCOME IN 1999** | | |
| **Households** | **1,920** | **100.0** |
| Less than $10,000 | 374 | 19.5 |
| $10,000 to $14,999 | 208 | 10.8 |
| $15,000 to $24,999 | 346 | 18.0 |
| $25,000 to $34,999 | 320 | 16.7 |
| $35,000 to $49,999 | 243 | 12.7 |
| $50,000 to $74,999 | 281 | 14.6 |
| $75,000 to $99,999 | 85 | 4.4 |
| $100,000 to $149,999 | 63 | 3.3 |
| $150,000 to $199,999 | - | - |
| $200,000 or more | - | - |
| Median household income (dollars) | 25,678 | (X) |
| With earnings | 1,422 | 74.1 |
| Mean earnings (dollars)[1] | 33,234 | (X) |
| With Social Security income | 636 | 33.1 |
| Mean Social Security income (dollars)[1] | 8,668 | (X) |
| With Supplemental Security Income | 223 | 11.6 |
| Mean Supplemental Security Income (dollars)[1] | 5,312 | (X) |
| With public assistance income | 124 | 6.5 |
| Mean public assistance income (dollars)[1] | 1,182 | (X) |
| With retirement income | 352 | 18.3 |
| Mean retirement income (dollars)[1] | 10,396 | (X) |
| **Families** | **1,427** | **100.0** |
| Less than $10,000 | 199 | 13.9 |
| $10,000 to $14,999 | 167 | 11.7 |
| $15,000 to $24,999 | 231 | 16.2 |
| $25,000 to $34,999 | 237 | 16.6 |
| $35,000 to $49,999 | 203 | 14.2 |
| $50,000 to $74,999 | 242 | 17.0 |
| $75,000 to $99,999 | 90 | 6.3 |
| $100,000 to $149,999 | 58 | 4.1 |
| $150,000 to $199,999 | - | - |
| $200,000 or more | - | - |
| Median family income (dollars) | 28,926 | (X) |
| Per capita income (dollars)[1] | 11,681 | (X) |
| ***Median earnings (dollars):*** | | |
| Male full-time, year-round workers | 26,184 | (X) |
| Female full-time, year-round workers | 20,693 | (X) |

| Subject | Number below poverty level | Percent below poverty level |
|---|---|---|
| **POVERTY STATUS IN 1999** | | |
| **Families** | **343** | **24.0** |
| With related children under 18 years | 264 | 31.4 |
| With related children under 5 years | 120 | 45.6 |
| **Families with female householder, no husband present** | **256** | **48.3** |
| With related children under 18 years | 210 | 56.6 |
| With related children under 5 years | 99 | 69.7 |
| **Individuals** | **1,501** | **27.5** |
| 18 years and over | 882 | 23.6 |
| 65 years and over | 203 | 28.3 |
| Related children under 18 years | 619 | 36.1 |
| Related children 5 to 17 years | 398 | 30.8 |
| Unrelated individuals 15 years and over | 257 | 38.4 |

-Represents zero or rounds to zero. (X) Not applicable.

[1]If the denominator of a mean value or per capita value is less than 30, then that value is calculated using a rounded aggregate in the numerator. See text.

Source: U.S. Bureau of the Census, Census 2000.

**Table DP-4. Profile of Selected Housing Characteristics: 2000**

Geographic area: Leland city, Mississippi

[Data based on a sample. For information on confidentiality protection, sampling error, nonsampling error, and definitions, see text]

| Subject | Number | Percent |
|---|---|---|
| **Total housing units** | **2,054** | **100.0** |
| **UNITS IN STRUCTURE** | | |
| 1-unit, detached | 1,612 | 78.5 |
| 1-unit, attached | 51 | 2.5 |
| 2 units | 138 | 6.7 |
| 3 or 4 units | 91 | 4.4 |
| 5 to 9 units | 68 | 3.3 |
| 10 to 19 units | 12 | 0.6 |
| 20 or more units | 54 | 2.6 |
| Mobile home | 28 | 1.4 |
| Boat, RV, van, etc | - | - |
| **YEAR STRUCTURE BUILT** | | |
| 1999 to March 2000 | 28 | 1.4 |
| 1995 to 1998 | 26 | 1.3 |
| 1990 to 1994 | 45 | 2.2 |
| 1980 to 1989 | 265 | 12.9 |
| 1970 to 1979 | 499 | 24.3 |
| 1960 to 1969 | 339 | 16.5 |
| 1940 to 1959 | 569 | 27.7 |
| 1939 or earlier | 283 | 13.8 |
| **ROOMS** | | |
| 1 room | 23 | 1.1 |
| 2 rooms | 50 | 2.4 |
| 3 rooms | 183 | 8.9 |
| 4 rooms | 432 | 21.0 |
| 5 rooms | 519 | 25.3 |
| 6 rooms | 446 | 21.7 |
| 7 rooms | 179 | 8.7 |
| 8 rooms | 100 | 4.9 |
| 9 or more rooms | 122 | 5.9 |
| Median (rooms) | 5.2 | (X) |
| **Occupied housing units** | **1,927** | **100.0** |
| **YEAR HOUSEHOLDER MOVED INTO UNIT** | | |
| 1999 to March 2000 | 286 | 14.8 |
| 1995 to 1998 | 433 | 22.5 |
| 1990 to 1994 | 318 | 16.5 |
| 1980 to 1989 | 279 | 14.5 |
| 1970 to 1979 | 299 | 15.5 |
| 1969 or earlier | 312 | 16.2 |
| **VEHICLES AVAILABLE** | | |
| None | 263 | 13.6 |
| 1 | 723 | 37.5 |
| 2 | 671 | 34.8 |
| 3 or more | 270 | 14.0 |
| **HOUSE HEATING FUEL** | | |
| Utility gas | 1,520 | 78.9 |
| Bottled, tank, or LP gas | 15 | 0.8 |
| Electricity | 392 | 20.3 |
| Fuel oil, kerosene, etc | - | - |
| Coal or coke | - | - |
| Wood | - | - |
| Solar energy | - | - |
| Other fuel | - | - |
| No fuel used | - | - |
| **SELECTED CHARACTERISTICS** | | |
| Lacking complete plumbing facilities | 15 | 0.8 |
| Lacking complete kitchen facilities | - | - |
| No telephone service | 80 | 4.2 |
| **OCCUPANTS PER ROOM** | | |
| **Occupied housing units** | **1,927** | **100.0** |
| 1.00 or less | 1,832 | 95.1 |
| 1.01 to 1.50 | 51 | 2.6 |
| 1.51 or more | 44 | 2.3 |
| **Specified owner-occupied units** | **1,135** | **100.0** |
| **VALUE** | | |
| Less than $50,000 | 481 | 42.4 |
| $50,000 to $99,999 | 429 | 37.8 |
| $100,000 to $149,999 | 169 | 14.9 |
| $150,000 to $199,999 | 28 | 2.5 |
| $200,000 to $299,999 | 22 | 1.9 |
| $300,000 to $499,999 | 6 | 0.5 |
| $500,000 to $999,999 | - | - |
| $1,000,000 or more | - | - |
| Median (dollars) | 56,900 | (X) |
| **MORTGAGE STATUS AND SELECTED MONTHLY OWNER COSTS** | | |
| With a mortgage | 635 | 55.9 |
| Less than $300 | 47 | 4.1 |
| $300 to $499 | 103 | 9.1 |
| $500 to $699 | 196 | 17.3 |
| $700 to $999 | 182 | 16.0 |
| $1,000 to $1,499 | 69 | 6.1 |
| $1,500 to $1,999 | 26 | 2.3 |
| $2,000 or more | 12 | 1.1 |
| Median (dollars) | 644 | (X) |
| Not mortgaged | 500 | 44.1 |
| Median (dollars) | 250 | (X) |
| **SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15.0 percent | 467 | 41.1 |
| 15.0 to 19.9 percent | 195 | 17.2 |
| 20.0 to 24.9 percent | 119 | 10.5 |
| 25.0 to 29.9 percent | 62 | 5.5 |
| 30.0 to 34.9 percent | 83 | 7.3 |
| 35.0 percent or more | 209 | 18.4 |
| Not computed | - | - |
| **Specified renter-occupied units** | **741** | **100.0** |
| **GROSS RENT** | | |
| Less than $200 | 56 | 7.6 |
| $200 to $299 | 74 | 10.0 |
| $300 to $499 | 390 | 52.6 |
| $500 to $749 | 145 | 19.6 |
| $750 to $999 | 39 | 5.3 |
| $1,000 to $1,499 | 6 | 0.8 |
| $1,500 or more | - | - |
| No cash rent | 31 | 4.2 |
| Median (dollars) | 405 | (X) |
| **GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN 1999** | | |
| Less than 15.0 percent | 133 | 17.9 |
| 15.0 to 19.9 percent | 71 | 9.6 |
| 20.0 to 24.9 percent | 70 | 9.4 |
| 25.0 to 29.9 percent | 38 | 5.1 |
| 30.0 to 34.9 percent | 76 | 10.3 |
| 35.0 percent or more | 281 | 37.9 |
| Not computed | 72 | 9.7 |

-Represents zero or rounds to zero. (X) Not applicable.

Source: U.S. Bureau of the Census, Census 2000.



**HP LaserJet** *3055*

# Fax Call Report

GRIFFIN & ASSOCIATES
6013540604
Apr-6-2009 1:58PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 6084 | 4/ 6/2009 | 1:51:43PM | Send | 12023072569 | 6:29 | 13 | OK |

**GRIFFIN & ASSOCIATES**
**LAWYERS**
125 South Congress Street, Suite 1515
Post Office Box 968
Jackson, Mississippi 39205
Telephone (601) 354-0603
Facsimile (601) 354-0604
www.griffinlawyers.com

# Fax

**To:** Chief, Voting Section
Civil Rights Division

**From:** Charles Griffin, Esq.

**Fax:** 202-307-2569

**Pages:** 13 including cover sheet

**Date:** April 6, 2009

**Re:** Submission Under Section 5, Voting Rights Act, of Municipal Democratic Executive Committee of Leland, Mississippi

*The information contained in this facsimile message is protected by the attorney-client and/or the attorney work product privilege. It is intended for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.*