IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES W. LOWE                                              PLAINTIFF

VS.                                       CAUSE NO. 4:09-CV-00035-P-S

DEMOCRATIC MUNICIPAL EXECUTIVE
COMMITTEE OF THE CITY OF
LELAND, MISSISSIPPI                                 DEFENDANT

## DEFENDANT'S SUPPLEMENTAL MEMORANDUM

COMES NOW, the Democratic Municipal Executive Committee of the City of

Leland, Mississippi, by and through counsel, and files this Supplemental Memorandum as

follows:

**I.**      **Defendant May Enforce § 23-15-575 Miss. Code Ann (1972, as amended)**
                 **and/or Should Not Be Required To Qualify Lowe In**
             **Violation of Defendant's Constitutional Right To Freedom of Association**

As stated below Mississippi law recognizes that municipal executive committees are

stand alone entities for purposes of applying Mississippi's election laws. The Democratic

Party of the State of Mississippi recognizes that municipal executive committees are stand

alone entities of the party for performance of quasi-governmental duties on the municipal

level:

> The Municipal Executive Committee shall perform the same executive
> committee duties as are specified by law and this Constitution for other party
> units. Each Municipal Executive Committee shall be elected in the primary
> elections held for the nomination of candidates for municipal office and shall

be elected by the same election Districts by which the officers of the municipality are elected. The names of all persons desiring to be a candidate for the nomination in the primary elections shall be furnished to the Municipal Executive Committee at least thirty days prior to the first primary election. The officers shall revise and prepare the poll books and ballots, and the managers and other officials of the primary election committee shall be appointed by the Municipal Executive Committee and the returns of said election shall be made to such Municipal Executive Committee.

Article XI, Section 2 of the Constitution of the Mississippi Democratic Party.[1]

The Plaintiff has the burden of proof. He submits that the aforementioned conduct should be disregarded and that he should be able to merely state a hypocritical promise to support Democratic candidates in the future and escape the prohibition of § 23-15-575 Miss. Code Ann (1972, as amended). If the Plaintiff's interpretation of the law is correct, then the protection afforded by § 23-15-575 amounts to no protection at all.

If the Court rules that § 23-15-575 , is unenforceable by the Defendant, it means that the statute is unconstitutional:

> As should be evident, the matter before the court is on one level quite complicated. However, once the penumbra of arguments is cleared away, the core matter for the court to decide is quite simple: ***Without regard to who can and should change what, either § 23-15-575's primary system unconstitutionally infringes on Mississippi political parties' First Amendment right to disassociate non-members from their nomination process or it does not.*** (emphasis added)
>
> The court concludes that the plaintiffs have met their burden in demonstrating that the character and magnitude of their asserted injury rises to the level of an unconstitutional infringement on their First Amendment right to disassociate.

---

[1] The Constitution of the Democratic Party of the State of Mississippi has, for all times relevant, been precleared.

*Mississippi State Democratic Party v. Barbour*, 2007 WL 2071800, N.D. Miss. (2007), reversed by *Mississippi Democratic Party v. Barbour,* 529 F.3d 538 (5th Cir. 2008).

## II.   Lowe's Conduct Irrefutably Evidences That He Will Not Support Democratic Party Nominees.

The Plaintiff, James Lowe, became an appointed member of the Republican Municipal Executive Committee for the City of Leland, Mississippi on February 20, 2005.  *See* Exhibit A.  On March 4, 2005, Mr. Lowe  qualified to run for a full four year term on the committee. *See* Exhibit B.  He was elected to serve for a four year term through the end of the municipal primary season in 2009.

While serving as a member of the Republican Executive Committee and presumably preparing to qualify as a candidate in the Democratic primary election, Mr. Lowe signed a qualifying petition for an Independent candidate  to run against an incumbent Democratic candidate for alderman in the City of Leland for the general election to be held in June, 2009. *See* Exhibit C.  Mr. Lowe's signature was a necessary requirement for the qualification of the Independent candidate to be able to run against the lone Democratic nominee.

On March 2, 2009, Mr. Lowe purchased an ad in a local newspaper announcing his resignation as a member of the Leland Republican Executive Committee due to the fact that he was a candidate for Mayor.  *See* Exhibit D.   His announcement did not disavow membership in the Republican Party or profess membership in the Democratic Party.  *Id.* On March 6, 2009, the qualifying deadline, Mr. Lowe filed a qualifying statement of intent

to run as a Democratic candidate for Mayor of Leland, Mississippi. *See* Exhibit E.

The Mississippi yearly political cycle begins on January 1st. *See* Article XIV, Section 257, Mississippi Constitution of 1890. By March 6, 2009, Mr. Lowe had spent almost the entire primary qualifying period as a member of the Leland Republican Executive Committee. It was not until 2:28 p.m. on March 6, 2009 that anyone learned that Mr. Lowe planned to qualify as a Democrat. *Id.*

Since filing the qualifying papers, Mr. Lowe has engaged in a continuous public attack on the Defendant and Democratic elected officials in Leland, Mississippi. *See* Exhibit F. The published views of the Plaintiff leave little doubt that he will ever support certain individuals if they are re-elected as Democratic party nominees.

The provisions of § 23-15-575 Miss. Code Ann (1972, as amended) provide:

> **No person shall be eligible to participate in any primary election unless he intends to support the nominations made in the primary in which he participates.**

§ 23-15-575 Miss. Code Ann (1972, as amended). The Defendant humbly submits that the aforementioned evidence proves that Mr. Lowe has no intention of supporting the Democratic nominees for municipal office in this election cycle and he should be barred from qualifying as a candidate for the Leland, Mississippi May, 2009 Democratic primary election in accordance with § 23-15-575.

The Defendant is a municipal unit of the Democratic Party of the State of Mississippi. *See* Exhibit A, Democratic Party Constitution. The Nominations Section of the election code outlines the primary election scheme. Under §23-15-291 Miss. Code Ann. (1972, as

amended):

> All nominations for state, district, county and county district officers made by the different parties of this state shall be made by primary elections. All primary elections shall be governed and regulated by the primary election laws of the state in force at the time the primary election is held.

§23-15-291 Miss. Code Ann. (1972, as amended). The Defendant is charged with the responsibility for qualifying Democratic Party candidates for office in the City of Leland, Mississippi. Pursuant to the provisions of § 23-15-299(6) Miss. Code Ann. (1972, as amended):

> Upon receipt of the proper fee and all necessary information, the proper executive committee shall then determine whether or not each candidate is a qualified elector, and whether any candidate has been convicted of any crime listed in Section 241, Mississippi Constitution of 1890, or is a fugitive from justice from this state or any other state, and such charge upon which a candidate has fled has not been dismissed. If the proper executive committee finds that a candidate is not a qualified elector or that such candidate has been convicted of any crime listed in Section 241, Mississippi Constitution of 1890, and not pardoned nor has served his sentence, or is a fugitive from justice as aforesaid, then the name of such candidate shall not be placed upon the ballot.

§23-15-299(6) Mississippi Code of 1972, as amended. Section 23-15-309 Mississippi Code of 1972, as amended provides:

> **Nomination for elective municipal office to be made at primary election; fee requirements; determination of candidate's qualifications.**
>
> (1) Nominations for all municipal officers which are elective shall be made at a primary election, or elections, to be held in the manner prescribed by law. All persons desiring to be candidates for the nomination in the primary elections shall first pay Ten Dollars ($10.00) to the clerk of the municipality, at least sixty (60) days prior to the first primary election, no later than 5:00 p.m. on such deadline day.

(2) The fee paid pursuant to subsection (1) of this section shall be accompanied by a written statement containing the name and address of the candidate, the party with which he is affiliated, and the office for which he is a candidate.

(3) The clerk shall promptly receipt the payment, stating the office for which the person making the payment is running and the political party with which such person is affiliated. The clerk shall keep an itemized account in detail showing the time and date of the receipt of such payment received by him, from whom such payment was received, the party with which such person is affiliated and for what office the person paying the fee is a candidate. The clerk shall promptly supply all necessary information and pay over all fees so received to the secretary of the proper municipal executive committee. Such funds may be used and disbursed in the same manner as is allowed in Section 23-15-299 in regard to other executive committees.

(4) Upon receipt of the above information, the proper municipal executive committee shall then determine whether each candidate is a qualified elector of the municipality, and of the ward if the office sought is a ward office, shall determine whether each candidate either meets all other qualifications to hold the office he is seeking or presents absolute proof that he will, subject to no contingencies, meet all qualifications on or before the date of the general or special election at which he could be elected to office. The executive committee shall determine whether the candidate has taken the steps necessary to qualify for more than one (1) office at the election. The committee also shall determine whether any candidate has been convicted of any felony in a court of this state, or has been convicted on or after December 8, 1992, of any offense in another state which is a felony under the laws of this state, or has been convicted of any felony in a federal court on or after December 8, 1992. Excepted from the above are convictions of manslaughter and violations of the United States Internal Revenue Code or any violations of the tax laws of this state unless such offense also involved misuse or abuse of his office or money coming into his hands by virtue of his office. If the proper municipal executive committee finds that a candidate either (a) does not meet all qualifications to hold the office he seeks and fails to provide absolute proof, subject to no contingencies, that he will meet the qualifications on or before the date of the general or special election at which he could be elected, or (b) has been convicted of a felony as described in this subsection and not pardoned, then the name of such candidate shall not be placed upon the ballot. If the executive

Page 6 of 9

committee determines that the candidate has taken the steps necessary to qualify for more than one (1) office at the election, the action required by Section 23-15-905, shall be taken.

(5) Where there is but one (1) candidate, the proper municipal executive committee when the time has expired within which the names of candidates shall be furnished shall declare such candidate the nominee.

Finally, §23-15-319 Miss. Code Ann. (1972, as amended) is a catch-all statute which provides that all provisions of the election code shall apply to municipal election offices:

All the provisions of this subarticle [Chapter 13, Title 15 (Election Code)] as far as practicable shall apply to and regulate primary elections for the nomination of elective municipal offices. Candidates for the nomination of such municipal offices shall file with the clerk of the city, village or town, the affidavits and reports required of candidates for party nominations to any county or county district office to be filed pursuant to this chapter.

§23-15-319 Miss. Code Ann. (1972, as amended). Finally, municipal and county committees can sue and be sued in connection with their exercise of election related functions. *See Jefferson Davis County Democratic Executive Committee v. Davies,* 912 So.2d 837 (Miss. 2005); *Hinds County Democratic Executive Committee v. Muirhead*, 259 So.2d 692 (Miss. 1972). The Defendant is an organization existing under the laws of the State of Mississippi and should not be prohibited from asserting Constitutional rights on behalf of its members.

WHEREFORE, the Defendant prays that this Honorable Court dismiss the Plaintiff's Complaint, deny the Plaintiff injunctive relief, grant Defendant interim relief, allow the Defendant to enforce its new rule preventing officers of another political party from qualifying as candidates in the Leland, Mississippi Democratic primary until they have

ended their affiliation with the other political party for the proscribed period of time in the

new rule. If the Defendant has prayed for wrong or improper relief, the Defendant hereby

prays that this Honorable Court grant the Defendant such additional relief as is appropriate

based upon the facts and the law applicable to this case.

Submitted this the 8th day of April, 2009.

Respectfully submitted,

**MUNICIPAL DEMOCRATIC EXECUTIVE**

**COMMITTEE OF LELAND, MISSISSIPPI**

By:   /s/ Charles E. Griffin
       Charles E. Griffin, MSB #5015
       Howard R.Brown, MSB # 10631
       Jedidiah Cochran, MSB # 102846

OF COUNSEL:

GRIFFIN & ASSOCIATES
P.O. BOX 968
JACKSON, MISSISSIPPI 39205-0968
601-354-0603 (telephone)
601-354-0604 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded a true and correct copy of the above and foregoing pleading, via U.S. mail and electronic email to:

Andrew N. Alexander, III, Esq.

Lake Tindall, LLP

P.O. Box 918

Greenville, MS 38702-0918

This the _____8th_____ day of April, 2009.

_/s/ Charles E. Griffin_____

CHARLES E. GRIFFIN

Minutes From Meeting on February 20, 2005 of the Executive Committee of Leland, MS.


Present were as follows:

                       Perrin Grissom, Jr.
                       Richard Cousino
                       Trudy Tubertini
                       Amy Taylor (absent- out of town)
                       Charles Lillo (absent)

Meeting Purpose: To Elect New Members to the Committee

Minutes: Perrin Grissom, Jr. resigned today because of duties of the Election Commission.  New members were elected to take the place of members who have stepped down from their duties on this committee.
Newly elected Members as follows:

                       Bart Freeland
                       Don Hubbard
                       James Lowe


Minutes recorded by Trudy Tubertini, Secretary
Date: February 20, 2005

*Trudy Tubertini  2/20/05*


EXHIBIT A

Mar 26 09 11:45a     Mayor Office                          662-686-4570          p.3

## QUALIFYING STATEMENT OF INTENT
## FOR REPUBLICAN MUNICIPAL EXECUTIVE
## COMMITTEE

I, _____James W. Lowe_____

(Name, as it will appear on the ballot)

___115 Tucker St_____

(Mailing Address)

___Leland 115 Tucker St_____

(Street address)

___Leland    MS    38756_____

(City) (State; (Zip code)

_____662-686-4868_____james w lowe@bellSouth.net

(Work telephone)     (Home telephone)     (Email Address)

a qualified elector of the municipality of ___Leland_____,

State of Mississippi, do hereby declare my candidacy for the Republican Party for

nomination for the office of Executive Committee Member at the primary election

scheduled to be held on May 3, 2005.

I hereby certify that: (mark as applicable)

☐   I have never been convicted of a crime punishable by confinement in
the Penitentiary.

☐   I have never been convicted of a felony in federal court, or of a
felony in the court of another state, as provided in Section 44 of the
Mississippi Constitution.

☐   I meet all constitutional, statutory and other legal requirements to
hold said office.

___James W. Lowe_____     ___03-04-05___

(Signature of candidate)                          (Date)

Received by_____     _____   _3-4-0-_

(Signature)                (Title)          (Date)

EXHIBIT B

Aproved by
Leland City Electio
Commission
Allen Amos
3- 4-09
Mary Newson
Marion Sims.
Vernice Sanders

SS09-M-06(b)

# QUALIFYING STATEMENT OF INTENT
# INDEPENDENT CANDIDATE
# FOR THE OFFICE OF ALDERMAN



I, _Allen R. Amos_

(Name, as it will appear on the ballot)

(Mailing Address)

_113 Yeager St._

(Street Address)

_Leland_ _MS,_ _38756_

(City) (State) (Zip code)

_662-347-5168_ _662-686-7753_

(Work telephone) ( Home telephone) ( E-mail Address)

a qualified elector of the municipality of _Leland_ ,Ward No. _1_ .

State of Mississippi, do hereby declare my candidacy as an independent candidate for the

office of Alderman, Ward _1_ , at the General Election scheduled to be held

_June 2_ , 20_09_ .

I hereby certify that: mark as applicable

☑ I have never been convicted of a crime punishable by confinement in the Penitentiary.

☑ I have never been convicted of a felony in federal court, or of a felony in the court of another state, as provided in Section 44 of the Mississippi Constitution.

☑ I meet all constitutional, statutory and other legal requirements to hold said office.

_Allen R Amos_ _2-25-09_

(Signature of candidate) (Date)

Received by _Lisa Sabbatini_ _Deputy Clerk_ _2/25/09_

( Signature) (Title) (Date)



# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

**TO: ELECTION COMMISSION of** _Leland, MS_

We, the undersigned qualified electors of _Leland, MS_
_____, County

of _Washington_, State of Mississippi, hereby petition that the name of
_Allen K. Amos_ be placed upon the ballot of the General Election
scheduled to be held _June 2 2009_ 20, as a candidate for the office of Alderman, Ward
No. _1_

in compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidate so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Randolph Ware_  Printed Name _Randolph Ward_
   Address _110 Cedar_  Precinct _Ward one_

2. SIGNATURE _Archie Hampton_  Printed Name _Archie Hampton_ OK
   Address _227 School Park Dr_  Precinct _Ward one_

3. SIGNATURE _Annie S Brown_  Printed Name _Annie S Brown_
   Address _314 School park dr leland ms_  Precinct _314 school park dr_ OK

4. SIGNATURE _James E. Scott_  Printed Name _James E. Scott_
   Address _304 School Park Drive Leland MS_  Precinct _WARD-1_ OK

5. SIGNATURE _Edna M Scott_  Printed Name _Edna M. Scott_ OK
   Address _304 School Park Drive_  Precinct _Ward 1_

6. SIGNATURE _Cindy Grady_  Printed Name _Cindy Grady_ OK
   Address _205 Stalling St_  Precinct _Ward 1_

7. SIGNATURE _Opelia Garth_  Printed Name _Opelia Garth_ OK
   Address _204 Stalling St_  Precinct _Ward-1_

8. SIGNATURE _Milton Garth_  Printed Name _Milton Garth_
   Address _204 Stalling St._  Precinct _WARD-1_

9. SIGNATURE _Jessie Williams_  Printed Name _Jessie Williams_ OK
   Address _204 Stalling St_  Precinct _Ward-1_

10. SIGNATURE _Michael C Williams_  Printed Name _Michael C. Williams_ OK
    Address _204 STALLING ST_  Precinct _Ward-1_

Copy this form for succeeding pages.

The opening paragraph of **each page** of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.

2009 Candidate Qualifying Guide      22      Revision 7/2008





# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

TO: ELECTION COMMISSION of ___Leland Ms___

We, the undersigned qualified electors of ___Leland, MS___
*Name of Municipality*
_____, County

of ___Washington___, State of Mississippi, hereby petition that the name of

___Allen R. Amos___ be placed upon the ballot of the General Election

scheduled to be held ___June 2, 200___, 20___, as a candidate for the office of Alderman, Ward

No. ___1___

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE ___Dwyane Felston___    Printed Name _____
   Address ___150 B Stalling___    Precinct ___ward one___

2. SIGNATURE ___Archie L Felston___    Printed Name _____
   Address ___105 A Stallings St___    Precinct ___Ward One___

3. SIGNATURE _____    Printed Name ___Jessie Amos___ OK
   Address ___302 School Park Drive___    Precinct ___Ward One___

4. SIGNATURE ___Josephine Felston___    Printed Name ___Josephila Felston___ OK
   Address ___150 North Stalling St Leland___    Precinct ___Ward One___

5. SIGNATURE ___Jamos Felston___    Printed Name _____
   Address ___115 Stalling St Leland___    Precinct ___Ward One___ OK

6. SIGNATURE ___LeTesha Perkins___    Printed Name ___LeTesha Perkins___ OK
   Address ___141 Robb___    Precinct ___Ward One___

7. SIGNATURE ___Cynthia Blue___    Printed Name _____
   Address ___114 Stallings___    Precinct ___Ward One___ OK

8. SIGNATURE ___James W Lowe___    Printed Name ___James W Lowe___ OK
   Address ___126 Robb St___    Precinct ___Ward one___

9. SIGNATURE ___Ceatha McWright___    Printed Name ___Ceatha Mc Wright___ OK
   Address ___239 School Park, Leland, MS___    Precinct ___Ward one___

10. SIGNATURE ___Felix Brown Jr.___    Printed Name ___Felix Brown Jr___ OK
    Address ___574 School Park Dr___    Precinct ___Ward I___

**Copy this form for succeeding pages.**

The opening paragraph of **each page** of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.

8 ✓

# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

TO: ELECTION COMMISSION of _____ Leland MS _____
*Name of Municipality*

We, the undersigned qualified electors of _____ Leland, MS, _____, County
*Name of Municipality*

of _____ Washington _____, State of Mississippi, hereby petition that the name of

_____ Allen Amos _____ be placed upon the ballot of the General Election

scheduled to be held _____ June 2, 2009 _____, 20, as a candidate for the office of Alderman, Ward

No. _____ 1 _____

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Mattie M. Smith_
   Address _211 Rabe St Leland_
   Printed Name _Mattie Smith_ ok
   Precinct _Leland Ward -1_

2. SIGNATURE _Regina Grant_
   Address _210 Robb St._
   Printed Name _Regina Grant_ ok
   Precinct _Ward_

3. SIGNATURE _Chelsea Hammond_
   Address _MS Bayou St._
   Printed Name _Chelsea Hamilton_
   Precinct _Ward 1_

4. SIGNATURE _Linda Hayes_
   Address _203 Stallings St._
   Printed Name _Linda Hayes_ ok
   Precinct _Ward 1_

5. SIGNATURE _Gloria Hudson_
   Address _203 Stallings St._
   Printed Name _Gloria Hudson_ ok
   Precinct _Ward 1_

6. SIGNATURE _Racita Grant_
   Address _206 Milam St._
   Printed Name _Racita Grant_
   Precinct _Ward 1_

7. SIGNATURE _Mamie Richardson_
   Address _206 Milam Street_
   Printed Name _Mamie Richardson_
   Precinct _Ward 1_

8. SIGNATURE _Lottie Caldwell_
   Address _MS Union_
   Printed Name _Lottie Caldwell_ ok
   Precinct _Ward -1_

9. SIGNATURE _Cynthia Johnson_
   Address _109 Hudson St_
   Printed Name _____ ok
   Precinct _____

10. SIGNATURE _Monica Felston_
    Address _115 Stallings St._
    Printed Name _Monica Felston_ ok
    Precinct _Ward 1_

Copy this form for succeeding pages.

The opening paragraph of each page of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.



# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

TO: ELECTION COMMISSION of _____ Leland MS _____.

We, the undersigned qualified electors of _____ Leland, MS. _____, County
_____ Name of Municipality _____

of _____ Washington _____, State of Mississippi, hereby petition that the name of
_____ Allen R. Amos _____ be placed upon the ballot of the General Election
scheduled to be held _____ June 2, 2009 _____, 20, as a candidate for the office of Alderman, Ward
No. _____ 1 _____.

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no less than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

| # | SIGNATURE / Address | Printed Name / Precinct |
|---|---|---|
| 1. | SIGNATURE _Alfredia Thomas_ Address _146 W Stallargo_ | Printed Name _Alfredia Thomas_ Precinct _146-D Stalling_ |
| 2. | SIGNATURE _Rosie Moore_ Address _109 Stalling Apt A_ | Printed Name _Rosie Morris_ Precinct _W 1_ |
| 3. | SIGNATURE _Terry L. Bernard_ Address _107 Stalling St Leland_ | Printed Name _Terry L. Bernard_ OK Precinct _Ward 1_ |
| 4. | SIGNATURE _Corrie Bernard_ Address _107 Stalling St_ | Printed Name _Corrie Bernard_ OK Precinct _Ward 1_ |
| 5. | SIGNATURE _Alice Ewing_ Address _Stalling St_ | Printed Name _Alice Ewing_ Precinct _Ward 1_ |
| 6. | SIGNATURE _Reudon Amos_ Address _115 Yeager St_ | Printed Name _Reudon Amos_ OK Precinct _W-1_ |
| 7. | SIGNATURE _Broderick Sims_ Address _104 A Stalling_ | Printed Name _Broderick Sims_ Precinct _W-1_ |
| 8. | SIGNATURE _Broderick Felston_ Address _115 Stalling_ | Printed Name _Broderick Felston_ OK Precinct _115 Stalling_ |
| 9. | SIGNATURE _Charlie Burtin_ Address _233 School Park_ | Printed Name _Charlie Burtin_ OK Precinct _W1_ |
| 10. | SIGNATURE _Emma Burtin_ Address _233 School Park Dr_ | Printed Name _Emma J. Burtin_ OK Precinct _W1_ |

Copy this form for succeeding pages.

The opening paragraph of each page of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.





# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

**TO: ELECTION COMMISSION of** _Leland MS_

We, the undersigned qualified electors of _Leland, MS_ , County
_Name of Municipality_

of _Washington_ , State of Mississippi, hereby petition that the name of

_Allen R. Amos_ be placed upon the ballot of the General Election

scheduled to be held _June 2, 2009_ , 20, as a candidate for the office of Alderman, Ward
No. _1_ .

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Willie E. Reese_
   Address _336 School Park Dr._
   Printed Name _Willie E. Reese_
   Precinct _336 School Park Dr._

2. SIGNATURE _William H._
   Address _118 Comanche St._
   Printed Name _William H. Johnson_ ok
   Precinct _Ward 7_

3. SIGNATURE _Mae L. Joh_
   Address _118 Komanche_
   Printed Name _Mae L. Johnson_
   Precinct _Ward 7_

4. SIGNATURE _Anthony B. Clark_
   Address _Burm Jan St. Polast, MS_
   Printed Name _Anthony B. Clark_ ok
   Precinct _Ward #1_

5. SIGNATURE _Sam Mc Clay_
   Address _132 D St_
   Printed Name _SAM MC CLAY_
   Precinct _____

6. SIGNATURE _Georgia Jones_
   Address _113 Stalling_
   Printed Name _Georgia Jones_ ok
   Precinct _W 1_

7. SIGNATURE _Roosevelt Johnson_
   Address _107 Stalligot_
   Printed Name _Roosevelt Johnson_ ok
   Precinct _Ward 1_

8. SIGNATURE _Mary Jones_
   Address _112 West_
   Printed Name _Mary Jones_ ok
   Precinct _W-1_

9. SIGNATURE _Miranda Brody_
   Address _107 Stalling St Apt D_
   Printed Name _Miranda Brody_ OK
   Precinct _Ward 1_

10. SIGNATURE _Mark Batter_
    Address _107 Stalling St Apt D_
    Printed Name _Mark Batter_
    Precinct _Ward 1_

Copy this form for succeeding pages.

The opening paragraph of **each page** of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.





# **Candidate Petition**
## INDEPENDENT CANDIDATE FOR ALDERMAN

**TO: ELECTION COMMISSION of** _Leland, MS_

We, the undersigned qualified electors of _Leland, MS_, County

_Name of Municipality_

of _Washington_, State of Mississippi, hereby petition that the name of

_Allen P. Amos_ be placed upon the ballot of the General Election

scheduled to be held _June 2, 2009_, 20, as a candidate for the office of Alderman, Ward

No. _1_.

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5.00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Bessie Caldwell_
   Address _132 apt C Stallings 3_
   Printed Name _Bessie Caldwell_
   Precinct _Ward 1_

2. SIGNATURE _Johnny Caldwell Jr._  OK
   Address _130 apt C Stallings_
   Printed Name _Johnny Caldwell JR_  OK
   Precinct _Ward 1_

3. SIGNATURE _Patrick Humph_
   Address _126 # A Stalling_
   Printed Name _Patrick Humphre_  OK
   Precinct _Ward 1_

4. SIGNATURE _Omikosh Mjackson_
   Address _140 Stalling St-Apt-B_
   _Leland, MS 38756_
   Printed Name _Omikosh. M. Jackson_  OK
   Precinct _Ward 1_

5. SIGNATURE _Barbara Marshall_
   Address _130 stalling # D_
   Printed Name _Barbara Marshall_
   Precinct _Ward 1_

6. SIGNATURE _Billy Marshall_
   Address _130 Stalling # D_
   Printed Name _Billy Marshall_
   Precinct _Ward 1_

7. SIGNATURE _Leona Hardison_
   Address _101 Cefalu Dr._
   Printed Name _Leona Hardison_  OK
   Precinct _W-1_

8. SIGNATURE _Kenny Hardison_
   Address _101 Cefalu Dr_
   Printed Name _Kenny Hardison_
   Precinct _W-1_

9. SIGNATURE _Carrie Mister_
   Address _103 Cefalu St._
   Printed Name _Carrie mister_  OK
   Precinct _W-1_

10. SIGNATURE _Timothy Mister_
    Address _103 eighth Wr_
    Printed Name _Timothy Mister_  OK
    Precinct _W-1_

Copy this form for succeeding pages.

The opening paragraph of **each page** of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.



# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

TO: ELECTION COMMISSION of _____ _Leland MS_

We, the undersigned qualified electors of _____ _Leland, MS._
_____, County

of _Washington_ , State of Mississippi, hereby petition that the name of

_Allen R. Amos_ be placed upon the ballot of the General Election

scheduled to be held _June 2 2009_ , 20, as a candidate for the office of Alderman, Ward

No. _1_.

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

| # | SIGNATURE / Address | Printed Name / Precinct | |
|---|---|---|---|
| 1. | SIGNATURE _Gloria Thomas_ Address _212 Leland Pk DR Lindsey_ | Printed Name _Gloria Thomas_ Precinct _W-1_ | OK |
| 2. | SIGNATURE _Rosie Perkins_ Address _121 Robb_ | Printed Name _Rosie Perkins_ Precinct _W-1_ | OK |
| 3. | SIGNATURE _Cyriel Perkins_ Address _121 Robb_ | Printed Name _Cyriel Perkins_ Precinct _W-1_ | OK |
| 4. | SIGNATURE _I.V. Perkins_ Address _121 Robb - Leland Miss_ | Printed Name _I.V. Perkins_ Precinct _W-1_ | |
| 5. | SIGNATURE _Sonya Williams_ Address _133 Miriam_ | Printed Name _Sonya Williams_ Precinct _W-1_ | OK |
| 6. | SIGNATURE _Juy Blue_ Address _114 Stallings apt A_ | Printed Name _Juy Blue_ Precinct _W-1_ | OK |
| 7. | SIGNATURE _Pamela Price_ Address _111 mark apt 24A_ | Printed Name _Pamela Price_ Precinct _W-1_ | |
| 8. | SIGNATURE _Zeneisha Price_ Address _11 mark apt 24A_ | Printed Name _Zeneisha Price_ Precinct _W-1_ | |
| 9. | SIGNATURE _Debra J White_ Address _131 Stalling Apt C_ | Printed Name _Debra J White_ Precinct _Ward 1_ | |
| 10. | SIGNATURE _Vernell Staples_ Address _142 Stalling Apt B_ | Printed Name _Vernell Staples_ Precinct _Ward 1_ | |

Copy this form for succeeding pages.

The opening paragraph of each page of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.

2009 Candidate Qualifying Guide                22                Revision 7/2008

5

# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN



TO: ELECTION COMMISSION of _Leland MS_

We, the undersigned qualified electors of _Leland, MS._ , County
_____ Name of Municipality

of _Washington_ , State of Mississippi, hereby petition that the name of

_Allen P. Amos_ be placed upon the ballot of the General Election

scheduled to be held _June 2, 2009_ , 20, as a candidate for the office of Alderman, Ward

No. _1_ .

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Ranger Redfield_    Printed Name _Ranger Redfield_
   Address _127 Busker St._    Precinct _127 Robbaz St._

2. SIGNATURE _Robert Peterson_    Printed Name _Robert Peterson_ OK
   Address _192 Stalling apt 21_    Precinct _ward 1_

3. SIGNATURE _Betty Fox_    Printed Name _Betty Fox_ OK
   Address _121 Stalling Apt 1_    Precinct _ward 1_

4. SIGNATURE _Annie Jone_    Printed Name _Annie Jones_
   Address _206 6th St_    Precinct _Ward 1_

5. SIGNATURE _Dorthy Lowe_    Printed Name _Dorthy Lowe_
   Address _89 Robison St_    Precinct _Ward 1_

6. SIGNATURE _Corine Williams_    Printed Name _Corine Williams_
   Address _127 Stalling Street Apt A_    Precinct _Ward 1_

7. SIGNATURE _Brandy Jackson_    Printed Name _____
   Address _132 Stalling Street Apt A_    Precinct _Ward 1_

8. SIGNATURE _Martha Wright_    Printed Name _Martha Wright_ 1 ward
   Address _140 B. Stalling Strees_    Precinct _Stalling St_

9. SIGNATURE _Pamela Jackson-Paintsil_    Printed Name _Pamela Jackson-Paintsil_
   Address _132 Stalling St._    Precinct _Ward_

10. SIGNATURE _Johnny B Caldwell_    Printed Name _Johnny B Caldwell_ OK
    Address _132 apt C Stalling Alley_    Precinct _Ward 1_

Copy this form for succeeding pages.

The opening paragraph of each page of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.

3 ✓



# Candidate Petition
## INDEPENDENT CANDIDATE FOR ALDERMAN

**TO: ELECTION COMMISSION of** _Weland MS_

_Name of Municipality_

We, the undersigned qualified electors of _Weland, MS_ , County

_Name of Municipality_

of _Washington_ , State of Mississippi, hereby petition that the name of

_Allen Amos_ be placed upon the ballot of the General Election

scheduled to be held _June 2, 2009_, 20, as a candidate for the office of Alderman, Ward

No. _1_ .

In compliance with Miss. Code Ann. § 23-15-361: (1) The municipal general election ballot shall contain the names of all candidates who have been put in nomination by the municipal primary election of any political party. There shall be printed on the ballots the names of all persons so nominated, whether the nomination be otherwise known or not, upon the written request of one or more of the candidates so nominated, or of any qualified elector who will make oath that he was a participant in the primary election, and that the person whose name is presented by him was nominated by such primary election. The municipal election commissioner designated to have the ballots printed shall also have printed on the ballot in any municipal general election the name of any candidate who, not having been nominated by a political party, shall have been requested to be a candidate for any office by a petition filed with the clerk of the municipality no later than 5:00 p.m. on the same date by which candidates for nomination in the municipal primary elections are required to pay the fee provided for in Section 23-15-309, and signed by not less than the following number of qualified electors: (a) For an office elected by the qualified electors of a municipality having a population of one thousand (1,000) or more, not less than fifty (50) qualified electors. (b) For an office elected by the qualified electors of a municipality having a population of less than one thousand (1,000), not less than fifteen (15) qualified electors.

1. SIGNATURE _Lester Walker_   Printed Name _LESTER WALKER_ OK
   Address _112 Stallworth_   Precinct _Ward 1_

2. SIGNATURE _Patricia McBride_   Printed Name _Patricia McBride_ OK
   Address _211 Stallworth Apt 13_   Precinct _ No 1_

3. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

4. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

5. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

6. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

7. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

8. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

9. SIGNATURE _____   Printed Name _____
   Address _____   Precinct _____

10. SIGNATURE _____   Printed Name _____
    Address _____   Precinct _____

Copy this form for succeeding pages.

The opening paragraph of _each page_ of signatures MUST include: (1) The name of the candidate, (2) office sought, and (3) date of the election.

2

Mar 26 09 11:47a     Mayor Office                    662-686-4570              p.7

**Book Signing Sat. March 28**
**HOBNOB GALLERY**
315 North Main Street
Leland, MS · 662-686-0110

## Delta native's memoir offers inside look at Delta School Desegregation

The experience of a young college graduate who helped pioneer school desegregation in Leland in 1969 will be released March 1, 2009 by University of Alabama Press.

Greenville native David Beckwith's memoir, "A New Day in the Delta," concentrates on his experience as a young college graduate who helped pioneer the 1969 school desegregation in Leland. As the Vietnam War was reaching its zenith, Beckwith graduated from the University of Mississippi and was accepted for a teaching position with the Leland Public Schools despite his total lack of credentials. Only later did he learn that he had been assigned to Lincoln Attendance Center, an all-black school, just as Mississippi's "separate but equal" school system was being mandated to end.

War and evolving racial relations were transforming the nation and Mississippi alike. Beckwith found himself on the cutting edge of the transformation of American education and society in one of the most resistant corners of the country. Beckwith's memoir tells the revealing and often amusing story of the year of incomprehension between an inexperienced white teacher and a classroom of black children who had had minimal contact with any whites. This is history as those who were thrust into another sort of "front line" experienced it.

"The key to this story is the fact that Beckwith is one of the first white teachers to be assigned to an all-black school in the Mississippi Delta. Beckwith's detailed account of his experience will be valuable to the history of this time," said Dr. Andrew Mullins, Assistant to the Chancellor at Ole Miss. "A New Day in the Delta" makes a significant and interesting contribution to the history of desegregation in Mississippi's public education system."

"The book is a fascinating combination of Happy Days meets Blackboard Jungle, with more than a little Mississippi: The Closed Society added," according to Delta Magazine Contributing Editor Noel Workman. "The well intentioned rookie often trod where angels feared to go."

Beckwith has spent most of his working career in the securities industry and is currently a Vice President and Financial Advisor with Morgan Stanley. He lives in Vero Beach and Little Torch Key, FL.

experiencing layoffs of thousands of employees nationwide but Leland Manufactur-

## Walk-In Baths
**•American Made•**
Mississippi Owned and Operated
Hydrotherapy Body Massage
We Deliver & Install Our Tubs!
We also sell just the walk-in tubs!
**AMERICAN BATHCRAFT**
**1-888-817-2576**
A State Licensed Company
**15% Off**



Check this out!!

03/02/2009

Dear Sir/Madam:

Due to the fact that I am a candidate for the office of Mayor of the City of Leland, I feel that it would be appropriate to resign my position as a member of the Leland Republican Party executive committee effective immediately.

Politically yours;

/s/ James W. Lowe, Sr.

$1 each     SONIC
NEW EVERYDAY VALUE MENU
Jr DELUXE BURGER     CHICKEN STRIP SANDWICH
Coca-Cola
HIGHWAY 82
LELAND, MS
Sonic Drive-In

EXHIBIT E

SS09-M-01

# QUALIFYING STATEMENT OF INTENT
# FOR A CANDIDATE FOR PARTY NOMINATION
# FOR THE OFFICE OF MAYOR



I, _James W Lowe_
(Name, as it will appear on the ballot)

_126 Robbs Street_
(Mailing Address)

_126 Robbs Street_
(Street Address)

_Leland_  _Mississippi_  _38756_
(City)         (State)              (Zip code)

_662-686-4868_
(Work telephone)      (Home telephone)          (E-mail Address)

a qualified elector of the municipality of _Leland_.

State of Mississippi, do hereby declare my candidacy for the _Democratic_

Party nomination for the office of Mayor at the Primary Election scheduled to be held

_05-05-_ 20_09_

I hereby certify that: (mark as applicable)

☑ I have never been convicted of a crime punishable by confinement in the Penitentiary.

☑ I have never been convicted of a felony in federal court, or of a felony in the court of
another state, as provided in Section 44 of the Mississippi Constitution.

☑ I meet all constitutional, statutory and other legal requirements to hold said office.

_James W Lowe_  _3-6-09_
(Signature of candidate)                      (Date)

Received by _Lisa Sebbrt_  _Deputy Clerk_  _3-6-09_
(Signature)              (Title)              (Date)   Time received
2:28 pm

**EXHIBIT**

tabbies

EXHIBIT F

# The Eyes and Ears of Leland

**Wednesday | March 25, 2009**

## LELAND'S MAYOR WILL STOOP TO ANY LEVEL

Mayor Barbara Brooks wasted little or no time in creating the illegal Leland Democratic Executive Committee to impose her underhanded illegal tactics to keep my name off the ballot for the up coming Leland Mayoral primary election to be held on May 5th, 2009. She will stoop to any level, and stop at nothing in order to keep her hands in the till and continue to do the illegal things that she is so noted for. She hand picked her cronies to makeup the illegal Leland Executive Democratic Committee who was not only incapable of conducting a meeting, but did not have a clue as to what an Attorney Generals Opinion was. After learning that they were trying to remove my name from the ballot, we obtained an opinion from the Attorney Generals Office that came during the illegal meeting held by her cronies. After obtaining the Attorneys Generals Opinion which was very clear, I read it to the committee very slowly to make sure that they would understand the well written, word friendly, clear, and precise document. I also gave them a copy so that they could go back and review it again. Apparently the document was beyond their grasp, even our brilliant Mayors understanding of the document came into play when she stated to the committee that that was the Attorney Generals personal opinion, and he can have one like anybody else. It is with this kind of mentality, and leadership that has found its way into our local government that keeps the board argumentive, polarized, frustrated, and struggling to stay afloat. If you would like to review the Attorney General's Opinion you will be able to find it in last weeks Leland Progress dated Tuesday, March 19, 2009 on page four. It is sad that the Mayor who has very little understanding use people like those on the so called illegal Leland Democratic Executive Committee who do not have any inkling as to what they are doing, to do her dirty illegal, underhanded work. What they do not understand about me is that I am two steps ahead of them at all times and, I say to those who serve on her illegal Committee. I can't perceive you with such a tool, but a mind is a terrible thing to waste.

▪ Posted by Watch Dog at 15:17:02 | Permanent Link | Comments (0) |

**Wednesday | March 11, 2009**

## MAYOR ALLEGEDLY CAUGHT WITH HAND IN COOKIE JAR

It is a sad fact, and a disgrace that the Board of Aldermen would see fit to allow Mayor Barbara Brooks to run for public office with the cloud of alleged unauthorized check writing that number into the thousands of dollars hanging over her head without being resolved. It is alleged that Mayor Brooks, Alderwoman Brooks, and other senior staff members, and/or department heads took trips to the Gulf Coast, and other places, lived in luxury hotels without the knowledge, or permission of the Board. It is mystifying to me that the Board would allow these wrong doings to continue without rectifying the situation. I think that it is incumbent upon this Board to take immediate action to rectify these atrocities before moving forward. Leland has had too many things swept under the rug, or just blatantly disregarded by this administration. I can assure you that this is not a witch hunt, but Leland deserves better and there have been too many irregularities committed by this administration without answers, and/or corrections  If Mayor Brooks has nothing to hide she should come forward and demand an audit to clear her of the accusation of alleged fraud without delay. I as a citizen along with many others that I have spoken with plead to you as our elected representatives to do the right think by correcting these problems, and putting them to rest ounce and for all.

James W. Lowe, Sr.

▪ Posted by Watch Dog at 07:40:58 | Permanent Link | Comments (0) |

**Monday | March 09, 2009**

## CANDIDATE FOR MAYOR OF LELAND

**This is to announce my candidacy for the office of Mayor of the city of Leland. I cannot begin to tell you the importance of this action; we have seen our community deteriate at a rapid pace because of poor leadership. It's time to stop this cancer that plagues our community. I need your support to help turn Leland around. Together we can do it. Please support**