IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JAMES W. LOWE**                                                **PETITIONER**

v.                                               **CAUSE NO. <u>4:09CV-035-P-S</u>**

**DEMOCRATIC MUNICIPAL EXECUTIVE
COMMITTEE OF THE CITY OF LELAND,
MISSISSIPPI**                                                **DEFENDANT**

<u>**NOTICE OF APPEAL**</u>

      Notice is hereby given that the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit against the Petitioner from the judgment of this Court entered on April 16, 2009 granting the Petitioner's request for injunctive relief.

      RESPECTFULLY SUBMITTED, this the <u>21st</u> day of <u>April</u>, 2009.

                                                  DEMOCRATIC MUNICIPAL
                                                  EXECUTIVE COMMITTEE OF THE
                                                  CITY OF LELAND, MISSISSIPPI

                                                  By: <u>s/Charles Griffin</u>
                                                   CHARLES E. GRIFFIN, MSB 5015

OF COUNSEL:

GRIFFIN & ASSOCIATES
125 S. Congress Street, Suite 1515
Post Office Box 968
Jackson, Mississippi 39205
Telephone: (601) 354-0603