IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 09-60285

U.S. COURT OF APPEALS
**FILED**
APR 29 2009
CHARLES R. FULBRUGE III
CLERK

JAMES W LOWE,

    Plaintiff - Appellee

versus

DEMOCRATIC MUNICIPAL EXECUTIVE COMMITTEE OF THE CITY OF LELAND, MISSISSIPPI,

    Defendant - Appellant

--------------------

Appeal from the United States District Court
for the Northern District of Mississippi at Greenville

--------------------

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's motion for stay pending appeal is DENIED.